In the Matter of WILLIAM E. LEONARD, as Acting Commissioner of Correction of the State of New York, Appellant, against FRANK W. BARNES, as Acting County Judge of the County Court of Broome County, et al., Respondents.

Argued April 15, 1952; decided April 23, 1952.

*Nathaniel L. Goldstein, Attorney-General* (*Herman N. Harcourt* and *Wendell P. Brown* of counsel), for appellant.

*Frank W. Barnes,* respondent in person.

*Harry S. Travis* for Paul L. Hayner, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.